UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE M. JONES, II, | ) | NO. CV 17-7009 FMO (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STEVEN LANGFORD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's motion to dismiss is GRANTED; and (2) judgment be entered denying the Petition and dismissing it without prejudice.

DATED: July 11, 2018

/s/
FERNANDO M. OLGUIN
United States District Judge