UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE M. JONES, II,<br><br>    Petitioner,<br><br>    v.<br><br>STEVEN LANGFORD, Warden,<br><br>    Respondent. | NO. CV 17-7009 FMO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 11, 2018

                                                  /s/
                                  FERNANDO M. OLGUIN
                                  United States District Judge